Charlotte Nieman, appellee, v. Clemmons Nieman, appellant. Gen. No. 29,869.

Motion to vacate order in divorce proceedings. Motion denied. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925.

C. D. Lee and R. C. Weichbrodt, for appellant. Cochrane & George, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Thomas Patton, appellee, v. Yellow Taxicab Company, appellant. Gen. No. 29,877.

Action to recover for damage to taxicab in collision with taxicab of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925.

Costello & McGreaham, for appellant; I. Harvey Levinson and Harry J. Blake, Jr., of counsel. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Albert L. Berry, appellee, v. Joseph A. Roseman, appellant. Gen. No. 29,889.

Action to recover commissions on sale of farm machinery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed if remittitur is filed; otherwise reversed and remanded. Opinion filed July 14, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Maddock, Jaffe & Green, for appellant. Johnston & Darley, for appellee; Bernard F. Johnston, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Edward S. Deegan, appellant, v. Martin O. Heckard et al., appellees. Gen. No. 29,948.

Suit to quiet title. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the June term, 1924. Affirmed. Opinion filed July 14, 1925. *Certiorari* denied by Supreme Court (making opinion final).

William Friedman, for appellant; John S. Stevens, of counsel. Tenney, Harding, Sherman & Rogers, for appellees; Henry F. Tenney and John E. O'Hora, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Duffin Iron Company, appellee, v. Kurt Rosenthal, trading as Kurt Rosenthal & Company, appellant. Gen. No. 29,804.

Action for damages for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court